IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MARY JACKSON; BRUCE CONNERS;
CHRISTOPHER MCGEE; MICHAEL FRAZIER;
LENA CANTRELL; TRACEY EKUBAMICHAEL;
CRYSTAL MILLS; JAZMINE WALTERS;
JESSICA HINES; VIRGINIA GONSER; and
TRACY JOHNSON                                                              PLAINTIFFS

v.                              No. 4:19-cv-48-DPM

K-MAC ENTERPRISES, INC.                                                    DEFENDANT

## JUDGMENT

The complaint is dismissed with prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

8 March 2019